THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MEGHAN McCLENDON, individually and
on behalf of all others similarly situated,

        Plaintiff,

    v.

VIRGINIA MASON FRANCISCAN
HEALTH,

        Defendant.

Case No.: 3:24-cv-05048

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS MATTER came before the Court on Plaintiff Meghan McClendon ("Plaintiff") and Defendant Virginia Mason Franciscan Health's ("Defendant") (altogether "the Parties"), Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Stipulated Motion"). The Court, having considered the papers submitted, finds that the Stipulated Motion should be granted. Now, therefore, it is hereby ORDERED that the Stipulated Motion is GRANTED and Defendant's deadline to respond to Plaintiff's complaint is hereby extended until April 2, 2024.

    IT IS SO ORDERED.

DATED this 23rd day of January.

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT - 1
CASE NO.: 3:24-cv-05048

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

1

2

3

Tiffany M. Cartwright
United States District Judge

4

5

6

7    Presented by:

8    **BAKER & HOSTETLER LLP**

9
     */s/Alexander Vitruk*
10   Alexander Vitruk, WSBA No. 57337
     999 Third Avenue, Suite 3900
11   Seattle, WA 98104
     Tel: (206) 332-1380
12   Fax: (206) 624-7317
     Email: avitruk@bakerlaw.com
13

14   *Attorney for Defendant Virginia Mason Franciscan Health*

15
     **EMERY REDDY, PLLC**
16
     */s/Timothy W. Emery*
17   Timothy W. Emery, WSBA #34078
     Patrick B. Reddy, WSBA #34092
18   600 Stewart Street, Suite 1100
     Seattle, WA 98101-1269
19   Tel: (206) 442-9106
     Fax: (206) 441-9711
20   Email: emeryt@emeryreddy.com
     reddyp@emeryreddy.com
21

22

23

24

25

26

27

---

ORDER GRANTING STIPULATED MOTION FOR                    BAKER & HOSTETLER LLP
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S             999 Third Avenue, Suite 3900
COMPLAINT - 2                                           Seattle, WA  98104-4076
CASE NO.: 3:24-cv-05048                                 Telephone:  (206) 332-1380

1

**CLAYEO C. ARNOLD**

2

M. Anderson Berry*

3

Gregory Haroutunian*
Brandon P. Jack*

4

865 Howe Avenue
Sacramento, CA 95825

5

Tel: (916) 239-4778
Fax: (916) 924-1829

6

Email: aberry@justice4you.com

7

gharoutunian@justice4you.com
bjack@justice4you.com

8

9

*pro hac vice forthcoming
Counsel for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT - 3
CASE NO.: 3:24-cv-05048

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was served via U.S. Mail and/or E-Mail upon the following at the address stated below:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078 | ☐ Via Messenger |
| Patrick B. Reddy, WSBA #34092 | ☐ Via Fax |
| **EMERY REDDY, PLLC** | ☐ Via U.S. Mail |
| 600 Stewart Street, Suite 1100 | ☒ Via ECF Notification |
| Seattle, WA 98101-1269 | ☒ Via Email |
| Tel: (206) 442-9106 | ☐ Via Overnight Delivery |
| Fax: (206) 441-9711 | |
| Email: emeryt@emeryreddy.com | |
| reddyp@emeryreddy.com | |

| | |
|---|---|
| M. Anderson Berry* | ☐ Via Messenger |
| Gregory Haroutunian* | ☐ Via Fax |
| Brandon P. Jack* | ☐ Via U.S. Mail |
| **CLAYEO C. ARNOLD** | ☒ Via ECF Notification |
| **A PROFESSIONAL CORPORATION** | ☒ Via Email |
| 865 Howe Avenue | ☐ Via Overnight Delivery |
| Sacramento, CA 95825 | |
| Tel: (916) 239-4778 | |
| Fax: (916) 924-1829 | |
| Email: aberry@justice4you.com | |
| gharoutunian@justice4you.com | |
| bjack@justice4you.com | |

*pro hac vice forthcoming
Counsel for Plaintiff and the Putative Class

DATED: January 23, 2024, at Seattle, Washington.


/s/*Pear Brown*
Pear Brown, Legal Assistant
pebrown@bakerlaw.com

---

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT - 4
CASE NO.: 3:24-cv-05048

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380